UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SARA SALERNO,
                         Plaintiff,

                 20 Civ. 4314 (LGS)

         -against-

               ORDER

FLORIDA SOUTHERN COLLEGE,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 24, 2020, an order was issued scheduling an initial pretrial conference in error. It is hereby

    **ORDERED** that the order at Dkt. No. 15 is **VACATED**.

    The Clerk of Court is requested to close this matter and transfer the case to the Middle District of Florida, pursuant to the order at Dkt. No. 14.

Dated: June 29, 2020
       New York, New York

.

                                              **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**